CASSADY A. ADAMS
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT   59403
119 First Ave. North, Suite 300
Great Falls, MT   59401
Phone:   (406) 761-7715
FAX:   (406) 453-9973
E-mail:   Cassady.Adams@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

JUN 2 1 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. MYCHAL THOMAS DAMON, Defendant. | CR 19-45-GF-BMM  INDICTMENT  ABUSIVE SEXUAL CONTACT Title 18 U.S.C. §§ 1153(a) and 2244(a)(5) (Penalty: Life imprisonment, $250,000 fine, and not less than five years to lifetime supervised release) |
|---|---|

THE GRAND JURY CHARGES:

That on or about May 2018, at or near Wolf Point, in Roosevelt County, in the State and District of Montana, and within the exterior boundaries of the Fort Peck Indian Reservation, being Indian Country, the defendant, MYCHAL THOMAS DAMON, an Indian person, knowingly caused Jane Doe, an individual

who had not attained the age of twelve years, to engage in sexual contact with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, in violation of 18 U.S.C. §§ 1153(a) and 2244(a)(5).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

f-7 KURT G. ALME
United States Attorney

for JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons \_\_\_\_\_
Warrant: ✓ \_\_\_\_\_
Bail: \_\_\_\_\_

2