C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MYCHAL THOMAS DAMON, Defendant. | CR 19-45-GF-BMM <br><br> **ORDER TO FILE EXHIBIT 4 UNDER SEAL** |

Upon motion of the United States to file a document under seal, and for good cause shown,

IT IS ORDERED that the Clerk of Court shall file exhibit 4 under seal.

DATED this 26th day of December, 2019.

_____
Brian Morris
United States District Court Judge