# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MYCHAL THOMAS DAMON, <br><br> Defendant. | CR 19-45-GF-BMM <br><br><br><br> **ORDER TO FILE EXHIBIT 5 UNDER SEAL** |

Upon motion of the United States to file a document under seal, and for good cause shown,

IT IS ORDERED that the Clerk of Court shall file exhibit 5 under seal.

DATED this 2nd day of January, 2020.

_____
Brian Morris
United States District Court Judge