# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MYCHAL THOMAS DAMON, Defendant. | CR 19-45-GF-BMM ORDER |

The United States' Motion for Witness to Appear via Video, is GRANTED, as there is good cause supporting that motion. Tanya Richem may appear via video at the April 27th scheduled hearing in this matter.

The United States is directed to contact the Clerk's office for connection procedures and to provide those procedures to the witness.

DATED this 21st day of April, 2021

_____
Brian Morris, Chief District Judge
United States District Court