IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MYCHAL THOMAS DAMON,<br><br>Defendant. | CR-19-45-GF-BMM<br><br>ORDER |

## I. Synopsis

The United States Probation Office filed a Request for Summons and Modification of the Conditions or Term of Supervision on April 1, 2021, (Doc. 115) seeking to modify the conditions of Mychal Damon's (Damon) supervised release. The court conducted a hearing on April 20, 2021. (Doc. 118.) Due to Damon's objections, the Court reset the hearing for April 27, 2021. The Court conducted a second hearing on April 27, 2021. Damon withdrew his objections and both Damon and the United States consented to the modification. (Doc. 125.)

Based on the foregoing, the Court issues the following order:

The conditions of Damon's supervised release are modified to include the following conditions:

1. You must submit to no more than six polygraph examinations per year as directed by the probation officer to assist in treatment, planning, and case monitoring. You maintain your Fifth Amendment rights during the polygraph examinations and may refuse to answer an incriminating questions. You must pay part or all of the costs of these examinations as directed by the probation officer;

2. You will not be allowed to do the following without prior written approval of the United States Probation: knowingly reside in the home, residence, or be in the company of any child under the age of 18; go to or loiter within 100 yards of school yards, parks, playgrounds, arcades, or other places primarily used by children under the age of 18.

DATED this 27th day of April, 2021.

_____
Brian Morris, Chief District Judge
United States District Court